**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 16 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**PLAINTIFF**
ROSA RIVERA
2608 RUFUGIO AVENUE
FORT WOTH, TX 76164
   vs.

NO: 4-15CV-165-Y

**DEFENDANT**
ABILITY RECOVERY SERVICES, LLC
P.O. BOX 4031
WYOMING, PA 18644

## CERTIFICATE OF SERVICE

I, Maureen Napoletano, Records Custodian for Plaintiff, hereby certifies that I have served a true and correct copy of the foregoing Answers to Plaintiff's Complaint, via First Class Mail, postage paid, this date shown below, to the following:

                        Rosa Rivera
                        2608 Rufugio Avenue
                        Fort Worth, TX 76164

Date: 4/8/15

                        Maureen Napoletano
                        Records Custodian
                        P.O. Box 4031
                        Wyoming, PA 18644

**Ability Recovery Services LLC**
P.O. Box 4031, Wyoming, PA 18644

FIRST-CLASS MAIL
Hasler
04/13/2015
US POSTAGE $00.48⁰
ZIP 18508
011D10613450

U.S. District Court/Northern District of
Texas/Fort Worth Division
U.S. Clerk's Office
501 W. 10th Street
Fort Worth, TX 76102-3673

76102364185

2015 APR 16 AM 10:34
CLERK OF COURT