IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROSA RIVERA | § | |
| | § | |
| VS. | § | ACTION NO. 4:15-CV-165-Y |
| | § | |
| ABILITY RECOVERY SERVICES, LLC | § | |

ORDER TO OBTAIN COUNSEL

On April 13, 2015, defendant Ability Recovery Services, L.L.C. ("ARS"), purported to file an answer to Plaintiff's complaint "Pro Se" through one "Maureen Napoletano." The Court notes that ARS may not proceed *pro se* in this litigation. *See Southwest Express Co. v. Interstate Commerce Comm'n*, 670 F.2d 53 (5th Cir. 1982). As a result, ARS shall have until **May 29, 2015,** to obtain counsel of record, who shall file a Notice of Appearance of Counsel with the clerk of this Court that contains the name, address, telephone and facsimile numbers, bar number, and signature of new counsel. Failure to timely comply with this order may result in the entry of a default judgment against ARS.

SIGNED April 22, 2015.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE